**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6538**

———————

TERENCE TERELL BRYAN, a/k/a Terence Bryan,

        Plaintiff – Appellant,

    and

JOHNNY CALLOWAY,

        Plaintiff,

      v.

SCDC; CAPTAIN THOMAS; SERGEANT GREEN; CORPORAL JEFFERSON; OFFICER MEBRIDE; ASSISTANT WARDEN CARTLEDGE; SERGEANT MCCALL; DONNA MITCHELL, Lee Correctional Institution-IGC; LIEUTENANT WILLIAMS; NURSE MCCASKILL; NURSE OWENS; OFFICER SCOTT; OFFICER ABRAMS; MR. FOWLER, PCI-IGC; MS. ROACH, Law Library; WARDEN STEVENSON; MS. ALLEN, BRCI-IGC; CAPTAIN JONES; NFN STEVENS, BRCI Mailroom; JAMES SIMMONS, III, Chief IGC; MARY COLEMAN, Chief IGC; DAVID TATARSKY, General Counsel, all in their individual capacities,

        Defendants – Appellees,

    and

OFFICER JACKSON; SERGEANT MILES; OFFICER ANDERSON; OFFICER HATCHET; OFFICER WIGTING; MAJOR PRICE,

        Defendants.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (4:07-cv-00021-TLW)

———————

Submitted:  July 23, 2009                    Decided:  July 30, 2009

———————————

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Terence Terell Bryan, Appellant Pro Se.  Edgar Lloyd Willcox, II, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terence Terell Bryan appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bryan v. SCDC, No. 4:07-cv-00021-TLW (D.S.C. Mar. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED